**Order filed January 26, 2012.**



In The

# Fourteenth Court of Appeals

———————

### NO. 14-11-00836-CV

———————

**DAVID W. WILLIAMS AND DEBORAH C. WILLIAMS, Appellants**

**V.**

**AMEGY BANK NATIONAL ASSOCIATION, Appellee**

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-74908**

## O R D E R

Appellants' brief was due January 6, 2012. No brief or motion for extension of time has been filed.

Unless appellants submit a brief to the clerk of this court on or before **February 23, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM